FILED & JUDGMENT ENTERED
David E. Weich

Jun 14 2010

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### WILKESBORO DIVISION

| | |
|---|---|
| In Re: | : |
| | : |
| **MATTHEW BAXTER THOMPSON,** | : CASE NO. 10-50358 |
| | : |
| | : CHAPTER 7 PROCEEDING |
| Debtor. | : |
| | : |

## ORDER FOR RELIEF FROM AUTOMATIC STAY

**THIS MATTER** comes on before the undersigned Bankruptcy Judge upon the Motion for Relief from Automatic Stay (the "Motion") filed by US Bank, NA (the "Creditor") to exercise its state law rights with respect to certain real property (the "Real Property") located at 6984 Golden Bay Court, Sherrills Ford, North Carolina 28673, and more fully described in the Motion. The Court having considered the Motion and the record in this case finds and concludes as follows:

(a)   That the Debtor was served with Notice of the Motion and given an opportunity to respond;

(b)   That more than fifteen (15) days have elapsed since the giving of such notice;

(c)   That the Debtors have not filed any response; and

(d)   US Bank, NA holds a valid security interest in real estate which is owned by the Debtor and constitutes sole security for the debt held by US Bank, NA.

      IT IS THEREFORE ORDERED that the automatic stay herein is lifted as it pertains to **US Bank, NA**, its successors and assigns, and that it may pursue its rights with respect to the real property located at 6984 Golden Bay Court, Sherrills Ford, North Carolina 28673, and more particularly described in the Deed of Trust recorded in the Catawba County, North Carolina register of deeds office, to enforce its legal and equitable rights in the state court, whether by foreclosure or judicial process.


This Order has been signed electronically.                    United States Bankruptcy Court
The Judge's signature and Court's seal appear
At the top of the Order.